IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIRKENSTOCK US BIDCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOY SHOPPING STORE, et al., <br><br> Defendants. | Case No. 23-cv-16390 <br><br> **Judge Manish S. Shah** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Birkenstock Us BidCo, Inc. ("Plaintiff" or "Birkenstock") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of defendant Ao Mao online store (Def. No. 15) (collectively, the "Defaulting Defendants") based on Plaintiff's action for trademark infringement, counterfeiting, and false designation of origin;

This Court having entered upon a showing by Plaintiff a temporary restraining order as to all Defaulting Defendants and a preliminary injunction against Defendant Nos. 10-14 and 16-132 which included an asset restraining order and transfer of the Domain Names;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

1

Defaulting Defendants received from payment processors and domain name registers, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "BIRKENSTOCK Trademarks") to residents of Illinois. A list of BIRKENSTOCK Trademarks is included in the chart below.

| Registration No. | Trademark |
|---|---|
| 4,975,295<br>1,037,893<br>3,105,607 | BIRKENSTOCK |
| 7,051,395 | BOSTON |
| 6,549,975 | ARIZONA |
| 6,144,197 | 1774 |
| 6,655,623 | MAYARI |
| 6,391,953 | ZÜRICH |
| 6,965,957 | MADRID |
| 6,303,462 | GIZEH |
| 2,914,562 | PAPILLIO |

| Registration No. | Trademark |
|---|---|
| 2,590,411 | BIRK |
| 7,088,735 | BIRKO |
| 1,708,342 | BIRKI |
| 1,967,015 | BIRKI'S |
| 6,578,328 | BIRKIBUC |
| 6,585,417<br>4,017,776 | BIRKO-FLOR |
| 2,857,185 | Birko-flor |
| 4,133,676 | Birko |
| 2,600,060 | |
| 5,790,186<br>5,019,689 | BIRKENSTOCK · TRADITION SINCE 1774 |

| Registration No. | Trademark |
|---|---|
| 1,516,450 | (footprint design) |
| 1,519,901 | (footprint design) |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a. using the BIRKENSTOCK Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Birkenstock product or not authorized by Plaintiff to be sold in connection with the BIRKENSTOCK Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Birkenstock product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the BIRKENSTOCK Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the BIRKENSTOCK Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Registry Services, LLC, Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

    a. transfer the Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Plaintiff's selection; or

    b. disable the Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy.com, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within seven (7) calendar days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Plaintiff's selection.

4. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), WhaleCo, Inc. ("Temu"), and DHgate.com ("DHgate"), (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BIRKENSTOCK Trademarks.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of counterfeit BIRKENSTOCK Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces and Domain Names.

6. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, DHgate, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, Temu, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

7. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, or the Domain Names from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

8. All monies (up to the amount of statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

9. Until Plaintiff has recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com,

Walmart, Etsy, Temu, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, DHgate, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, Temu, and Amazon Pay, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' and the Seller Aliases, Online Marketplaces and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Kia Holifield Wimmer, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

10. In the event that Plaintiff identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Kia Holifield Wimmer and any e-mail addresses provided for Defaulting Defendants by third parties.

11. The seventy-five thousand dollar ($75,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Default Judgment against Defaulting Defendants.

DATED: February 22, 2024

                                               Manish S. Shah
                                               United States District Judge

Birkenstock US BidCo, Inc. v Joy Shopping Store, et al. - Case No. 23-cv-16390

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | DISMISSED | DISMISSED |
| 2 | aliexpress.com/store/1102719043 | Joy Shopping Store |
| 3 | DISMISSED | DISMISSED |
| 4 | aliexpress.com/store/1101316632 | mtwo Store |
| 5 | aliexpress.com/store/1101438473 | Muzeros Store |
| 6 | DISMISSED | DISMISSED |
| 7 | aliexpress.com/store/1102936172 | Shop1102942093 Store |
| 8 | aliexpress.com/store/1103079973 | Shop1103099059 Store |
| 9 | aliexpress.com/store/1102724325 | ZK Slippers Store |
| 10 | DISMISSED | DISMISSED |
| 11 | amazon.com/sp?seller=A3MTVNV234NB9J | A3MTVNV234NB9J |
| 12 | DISMISSED | DISMISSED |
| 13 | amazon.com/sp?seller=ACYUZ4XUD9XCW | Aifusheng Service Department Store7719 |
| 14 | DISMISSED | DISMISSED |
| 15 | EXCEPTED | EXCEPTED |
| 16 | DISMISSED | DISMISSED |
| 17 | DISMISSED | DISMISSED |
| 18 | amazon.com/sp?seller=A1WGNPW5Y3V4X0 | beviewlong |
| 19 | DISMISSED | DISMISSED |
| 20 | amazon.com/sp?seller=AT6X8SVDRQU66 | Born long |
| 21 | amazon.com/sp?seller=AOL6O3TZD61AA | ChenSsethaoReui |
| 22 | amazon.com/sp?seller=A17N7JDQXFRVIB | CHICHENGBAIHUO |
| 23 | amazon.com/sp?seller=A21YPWHN2ZG3X3 | CreatValue-us |
| 24 | DISMISSED | DISMISSED |
| 25 | amazon.com/sp?seller=A2T3W4JVUW5L82 | cyzcyz |
| 26 | DISMISSED | DISMISSED |
| 27 | amazon.com/sp?seller=A291XOIQAXOVKE | dianzhuodianzi |
| 28 | DISMISSED | DISMISSED |
| 29 | amazon.com/sp?seller=A3MTN8VXG1RIDO | Dragonphonix |
| 30 | DISMISSED | DISMISSED |
| 31 | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED |
| 34 | DISMISSED | DISMISSED |
| 35 | amazon.com/sp?seller=A2OTOT9NAXP1SV | Foshan Hao Just Look Network Sales Co. |

| | | |
|---|---|---|
| 36 | amazon.com/sp?seller=A38FD2KBC37RYA | gangbeiqujianjinshipinlingshoudian |
| 37 | amazon.com/sp?seller=AY6UZDEA8FUS4 | ganzhoushiruiyanmaoyiyouxiangongsi |
| 38 | amazon.com/sp?seller=A21RKVOKQLG59M | Gaoshoes-US |
| 39 | amazon.com/sp?seller=A1M9JAR7DYII12 | GOSANA |
| 40 | amazon.com/sp?seller=A1I1E39R462QS9 | guangzhouzeweishangmaoyouxiangongsi |
| 41 | DISMISSED | DISMISSED |
| 42 | dhgate.com/store/21672426 | Airtrainer |
| 43 | DISMISSED | DISMISSED |
| 44 | dhgate.com/store/21858844 | ajoffshoes |
| 45 | dhgate.com/store/21241801 | anfupifa |
| 46 | dhgate.com/store/21849128 | angle668 |
| 47 | dhgate.com/store/21842251 | babyskids Store |
| 48 | dhgate.com/store/21858657 | bapestar Store |
| 49 | dhgate.com/store/21699075 | basketball_shoes168 |
| 50 | dhgate.com/store/21824608 | bbrshoesstore |
| 51 | dhgate.com/store/21899030 | besttiktok |
| 52 | dhgate.com/store/21650742 | bigbagl |
| 53 | DISMISSED | DISMISSED |
| 54 | dhgate.com/store/21921553 | bwmshoes |
| 55 | dhgate.com/store/21842714 | caicai50888 |
| 56 | dhgate.com/store/21911399 | ccshoes321 |
| 57 | dhgate.com/store/21818448 | chelseas |
| 58 | dhgate.com/store/21857647 | classic_sport_shop |
| 59 | dhgate.com/store/21824814 | clubs_sneakers |
| 60 | dhgate.com/store/21161322 | daiyu22 |
| 61 | DISMISSED | DISMISSED |
| 62 | dhgate.com/store/21913666 | designerone |
| 63 | dhgate.com/store/21924471 | DH Vip Mall |
| 64 | dhgate.com/store/21853079 | dh_casual_shoes |
| 65 | dhgate.com/store/21857646 | dh_luxury_shoes |
| 66 | dhgate.com/store/21859008 | dhsportairshop |
| 67 | dhgate.com/store/21734717 | dhzh003 |
| 68 | dhgate.com/store/21167497 | dipi |
| 69 | dhgate.com/store/21750768 | dixue |
| 70 | dhgate.com/store/20331248 | Dongdiang |
| 71 | dhgate.com/store/21904909 | Facaicai11 |
| 72 | dhgate.com/store/21882514 | factorynkstores |
| 73 | dhgate.com/store/21688953 | factoryshoes_h |
| 74 | dhgate.com/store/21916391 | factoryshoes1 |
| 75 | dhgate.com/store/21860112 | fashionshoes111 |
| 76 | dhgate.com/store/21911544 | footmarkshoes99 |
| 77 | dhgate.com/store/21679733 | franchisehouse66 |
| 78 | dhgate.com/store/21854830 | fu166 |

| 79 | dhgate.com/store/21214131 | fullmall |
|---|---|---|
| 80 | dhgate.com/store/21860279 | gc_shoes6 |
| 81 | dhgate.com/store/21800888 | glia |
| 82 | dhgate.com/store/21821018 | goodforyou8 |
| 83 | dhgate.com/store/21733356 | heartbeatfashion |
| 84 | dhgate.com/store/20925102 | here withyou 88 |
| 85 | dhgate.com/store/21241017 | hjiayan00001 |
| 86 | dhgate.com/store/20609155 | Hlwygood |
| 87 | dhgate.com/store/21132917 | huangdou12 |
| 88 | dhgate.com/store/21180038 | hutua |
| 89 | dhgate.com/store/21730585 | independencex |
| 90 | dhgate.com/store/21861121 | insinshoes |
| 91 | dhgate.com/store/21889919 | jdsportsn1 |
| 92 | dhgate.com/store/21816756 | jie199166 |
| 93 | DISMISSED | DISMISSED |
| 94 | dhgate.com/store/21191527 | jumpman45_store |
| 95 | dhgate.com/store/21730154 | kan_sneakers |
| 96 | dhgate.com/store/21836801 | kang03 |
| 97 | dhgate.com/store/21913436 | kashop |
| 98 | dhgate.com/store/21081482 | kingremit01 |
| 99 | dhgate.com/store/21185860 | kongjun |
| 100 | dhgate.com/store/21729864 | yu0004 |
| 101 | DISMISSED | DISMISSED |
| 102 | DISMISSED | DISMISSED |
| 103 | DISMISSED | DISMISSED |
| 104 | DISMISSED | DISMISSED |
| 105 | DISMISSED | DISMISSED |
| 106 | DISMISSED | DISMISSED |
| 107 | DISMISSED | DISMISSED |
| 108 | DISMISSED | DISMISSED |
| 109 | DISMISSED | DISMISSED |
| 110 | DISMISSED | DISMISSED |
| 111 | DISMISSED | DISMISSED |
| 112 | ebay.com/usr/haokunya | haokunya |
| 113 | DISMISSED | DISMISSED |
| 114 | DISMISSED | DISMISSED |
| 115 | DISMISSED | DISMISSED |
| 116 | DISMISSED | DISMISSED |
| 117 | DISMISSED | DISMISSED |
| 118 | DISMISSED | DISMISSED |
| 119 | DISMISSED | DISMISSED |
| 120 | DISMISSED | DISMISSED |
| 121 | ebay.com/usr/zhezhe6 | zhezhe6 |

| 122 | temu.com/m-634418211619288.html | KEEP ONE |
|-----|----------------------------------|----------|
| 123 | temu.com/m-5909226766985.html | PMM shoes |
| 124 | DISMISSED | DISMISSED |
| 125 | DISMISSED | DISMISSED |
| 126 | DISMISSED | DISMISSED |
| 127 | DISMISSED | DISMISSED |
| **Defendant Domain Names** | | |
| No | URL | Name / Seller Alias |
| 128 | birkenstored.com | birkenstored.com |
| 129 | birkenshoped.com | birkenshoped.com |
| 130 | birkenstocksandal.us.com | birkenstocksandal.us.com |
| 131 | birkenstockofficials.com | birkenstockofficials.com |
| 132 | birksandals.com | birksandals.com |