IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIRKENSTOCK US BIDCO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 23-cv-16390<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 22, 2024 [60], in favor of Plaintiff Birkenstock US BidCo, Inc. ("Plaintiff" or "Birkenstock") and against the Defendants Identified in Schedule A in the amount of fifty thousand dollars ($50,000) per Defaulting Defendant for willful use of counterfeit BIRKENSTOCK Trademarks, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Gaoshoes-US | 38 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 6th day of June 2024.	Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff Birkenstock US BidCo, Inc.*